# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dwayne Francis Orndorff <br> <u>Debtor(s)</u> | BKY. NO. 15-00099 MDF <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I, BSI Financial Services, servicer, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1680

                                      Respectfully submitted,

                                      <u>**/s/ Thomas Puleo**</u>
                                      Thomas Puleo, Esquire
                                      James C. Warmbrodt, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406
                                      Attorney for Movant/Applicant