UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | Bk. No. 1:15-bk-00099-RNO |
| Dwayne Francis Orndorff aka Dwayne F. Orndorff, | |
| Debtor, | CHAPTER 13 |
| | **HEARING DATE:** Thursday, September 21, 2017 10:00 a.m. |
| U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust, its assignees and/or successors in interest, | |
| Movant | **Nature of Proceeding:** Motion for Relief from Automatic Stay |
| and | |
| Dwayne Francis Orndorff; Charles J. DeHart, III, Trustee, | |
| Respondents. | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

____ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

__X__ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed
within (please check only one).

        __X__ Thirty (30) days.
        ____ Forty-five (45) days.
        ____ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

1

(3) Contemporaneous with the filing of this request, the undersigned has served a copy
of this request upon all counsel participating in this proceeding.

Dated: September 20, 2017         /s/ Jason Brett Schwartz
                                  Jason Brett Schwartz, Esquire
                                  Attorney for Movant