UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>Dwayne Francis Orndorff aka Dwayne F. Orndorff,<br><br> Debtor, | Bk. No. 1:15-bk-00099-RNO<br><br><br>CHAPTER 13<br><br><br>. |
| U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust, its assignees and/or successors in interest,<br><br> Movant<br><br> and<br><br>Dwayne Francis Orndorff; Charles J. DeHart, III, Trustee,<br><br> Respondents. | |

**CERTIFICATE OF SERVICE**

 I, Jason Brett Schwartz, Esquire, hereby certify that on the 20th day of October 2017, a true and correct copy of the within *Request to list matter for hearing* was served upon the following persons at the addresses listed below, by Regular U.S. Mail, or by Electronic Notice.

Dwayne Francis Orndorff
21 Skylark Trail
Fairfield, PA 17320
Debtor

1

Gary J Imblum, Esq.
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
Attorney for Debtor

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                                                  /s/ Jason Brett Schwartz
                                                  Jason Brett Schwartz, Esquire