**Fill in this information to identify the case:**

Debtor 1    Dwayne Francis Orndorff

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle     District of   Pennsylvania
                                                             (State)

Case number   15-00099-RNO

## Form 4100R

# Response to Notice of Final Cure Payment      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:**   **Mortgage Information**

**Name of creditor:**    U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust        **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account:   1   6   8   0

**Property address:**   21 Skylark Trail
                     Number      Street

                     Fairfield, PA 17320
                     City               State      ZIP Code

---

**Part 2:**   **Prepetition Default Payments**

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $ _____

---

**Part 3:**   **Postpetition Mortgage Payment**

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on:    __ / __ / ____
                                                        MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a.   Total postpetition ongoing payments due:           (a)   $ 39,444.64

    b.   Total fees, charges, expenses, escrow, and costs outstanding:     + (b)   $ _____

    c.   **Total**. Add lines a and b.                 (c)   $ 39,444.64

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    05 / 01 / 2015
                                                             MM / DD / YYYY

---

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☒ all payments received;
- ☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☒ all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Allison L. Carr
    Signature

Date 10 / 30 / 2018

Print    Allison L. Carr
         First Name    Middle Name    Last Name

Title Attorney

Company   Tucker Arensberg, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1500 One PPG Place
          Number    Street

          Pittsburgh, PA 15222
          City              State    ZIP Code

Contact phone (412 ) 566 – 1212

Email acarr@tuckerlaw.com




**BSI Financial Services**

| Loan Information | |
|---|---|
| Loan # | 371151680 |
| Borrower | Orndorff |
| BK Case # | 15-00099 |
| Date Filed | 1/13/2015 |
| First Post Petition | 1/13/2015 |
| Due Date | 2/1/2015 |
| POC Covers | 10/1/12-1/1/15 |

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 2/1/2015 | $579.48 | $288.58 | $868.06 | Filed w/POC |
| 3/1/2015 | $579.48 | $401.25 | $980.73 | Filed w/POC |
| 7/1/2017 | $579.48 | $310.28 | $889.76 | NOPC |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2/19/2015 | $868.06 | 2/1/2015 | 10/1/2012 | $868.06 | $0.00 | | | $0.00 | |
| 3/24/2015 | $868.06 | 3/1/2015 | 11/1/2012 | $980.73 | $868.06 | $868.06 | | $868.06 | |
| 4/24/2015 | $868.06 | 3/1/2015 | | $980.73 | -$112.67 | | $112.67 | $755.39 | |
| | | | APO entered 11/7/17 covering 5/1/15-10/1/17 IAO $28,767.52. Arrears added to Plan. Regular resume 11/1/17. | | | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |
| | | | | | $0.00 | | | $0.00 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-00099-RNO |
| | : | |
| Dwayne Francis Orndorff | : | Chapter 13 |
| Debtor | : | |
| | : | |

## **CERTIFICATE OF SERVICE**

I certify that I served or caused to be served a copy of the foregoing Response to Notice of Final

Cure Payment upon each of the persons and parties in interest at the addresses shown below via <u>ECF</u>

<u>Notification</u>:

Gary J. Imblum, Esq.
4615 Derry Street
Harrisburg, PA 17111

Charles J. DeHart, III, Esquire
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Via <u>First Class Mail</u>:

Dwayne Francis Orndorff
21 Skylark Trail
Fairfield, PA 17320

TUCKER ARENSBERG, P.C.

Dated:  10/30/18

/s/ *Allison L. Carr*
Allison L. Carr, Esquire
Pa. I.D. No.  203815
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
acarr@tuckerlaw.com
Attorneys for U.S. Bank Trust N.A.