Voucher manifest below. Please save the following pages for your records.  Check No. 1198818
Pay to: CLERK  CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-02990-JJT | 999-0 | JENNIFER A. CERENE<br>Original Check written to:<br>JENNIFER A. CERENE<br>251 BOOTH ROAD<br>SHICKSHINNY, PA 18655 | | 0.00 | 185.96 | 0.00 | 185.96 |
| 13-03801-RNO | 008-0 | WILLIAM A. TURNER<br>Original Check written to:<br>J ALLEN AND ANNA LEWIS<br>780 DUCKTOWN ROAD<br>YORK, PA 17406- | | 113,386.14 | 2,377.15 | 0.00 | 2,377.15 |
| 13-03898-RNO | 999-0 | LINCOLN D. SAMUELSON<br>Original Check written to:<br>LINCOLN D. SAMUELSON<br>564 ONO ROAD<br>ANNVILLE, PA 17003 | | 0.00 | 4.32 | 0.00 | 4.32 |
| 13-04476-JJT | 009-0 | DOUGLAS M. KERR<br>Original Check written to:<br>PRIDE ACQUISITION<br>100 GARDEN CITY PLAZA<br>SUITE 500<br>GARDEN CITY, NY 11530- | 8730 | 29,431.34 | 123.79 | 0.00 | 123.79 |
| 14-00489-RNO | 008-0 | EDWARD R. CONDRA<br>Original Check written to:<br>QUANTUM3 GROUP, LLC<br>P.O. BOX 788<br>KIRKLAND, WA 98083- | 8022 | 2,898.05 | 632.87 | 0.00 | 632.87 |
| 15-00099-RNO | 999-0 | DWAYNE FRANCIS ORNDORFF<br>Original Check written to:<br>DWAYNE FRANCIS ORNDORFF<br>21 SKYLARK TRAIL<br>FAIRFIELD, PA 17320 | | 0.00 | 620.86 | 0.00 | 620.86 |