UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| In Re: DWAYNE FRANCIS ORNDORFF | ) | Case No.: 1:15-bk-00099-RNO |
|---|---|---|
| | ) | CHAPTER 13 |
| Debtor(s). | ) | **REQUEST FOR NOTICE** |

**REQUEST OF BSI FINANCIAL SERVICES FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:     UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

        INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for US

BANK TRUST NATIONAL ASSOCIATION SERIES II TRUST, A DELAWARE

STATUTORY TRUST ("BSI"), a creditor in the above – captioned bankruptcy case, hereby

requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy,

including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and

9007, the commencement of any adversary proceedings, the filing of any requests for hearing,

objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all

matters which must be noticed to creditors, creditors' committees and parties-in-interest and

other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules

of the above-referenced bankruptcy court.

        BSI requests that for all notice purposes and for inclusion in the Master Mailing List in

this case, the following address be used:

| | |
|---|---|
| 1 | |
| 2 | **PHYSICAL ADDRESS:**                **EMAIL ADDRESS:** |

PHYSICAL ADDRESS:                             EMAIL ADDRESS:

BSI Financial Services                     prpbk@bsifinancial.com
1425 Greenway Drive, Ste. 400
Irving, TX  75038

Dated:  April 24, 2019                 By: /s/ Raymond Valderrama
                                      Raymond Valderrama
                                      c/o BSI Financial Services
                                      Assistant Vice President, Bankruptcy
                                      1425 Greenway Drive, Ste. 400
                                      Irving, TX  75038
                                      972.347.4350
                                      prpbk@bsifinancial.com

REQUEST FOR NOTICE

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

|  |  |
|---|---|
| In Re: DWAYNE FRANCIS ORNDORFF | Case No.: 1:15-bk-00099-RNO |
| Debtor(s). | CHAPTER 13 |
|  | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On April 24, 2019 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by  placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Dwayne Francis Orndorff | Charles J DeHart, III (Trustee) |
| 21 Skylark Trail | 8125 Adams Drive, Suite A |
| Fairfield, PA 17320 | Hummelstown, PA 17036 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Gary J Imblum | United States Trustee |
| Imblum Law Offices, P.C. | 228 Walnut Street, Suite 1190 |
| 4615 Derry Street | Harrisburg, PA 17101 |
| Harrisburg, PA 17111 | |

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on April 24, 2019 at Santa Ana, California

_/s/ David Tragarz_
David Tragarz

2

Case 1:15-bk-00099-HWV    Doc 73    Filed 04/24/19    Entered 04/24/19 19:16:51    Desc
Main Document    CERTIFICATE OF SERVICE    Page 4 of 4